IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LA'TAE PICKETT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL CASE NO. 2:24-cv-809-ECM |
| | ) [WO] |
| LELAND DUDEK, Acting | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

**ORDER and JUDGMENT**

Upon consideration of the unopposed motion for entry of judgment with remand filed by Acting Commissioner Dudek on March 17, 2025 (doc. 17), it is the ORDER, JUDGMENT, and DECREE of the Court that the motion (doc. 17) is GRANTED, the decision of the Commissioner is REVERSED, and this action is REMANDED to the Commissioner pursuant to sentence four of 42 U.S.C § 405(g) for further proceedings.

The Clerk of Court is DIRECTED to enter this judgment on the docket as a final judgment pursuant to Fed. R. Civ. P. 58.

DONE this 31st day of March, 2025.

/s/ Emily C. Marks
EMILY C. MARKS
CHIEF UNITED STATES DISTRICT JUDGE